

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES R. NORGLE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 8754 | DATE | 2/17/12 |
| CASE TITLE | Fredrick Coe (#2011-0730167) vs. Mount Sinai Hospital, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's amended complaint [#6] is stricken. However, the plaintiff's motion for an extension of time [#8] is granted. The plaintiff is granted thirty days to submit a second amended complaint (plus a judge's copy and service copies). The clerk is directed to provide the plaintiff with an amended civil rights complaint form and instructions for filing along with a copy of this order. The case will remain closed if the plaintiff fails to submit a second amended complaint within thirty days. The plaintiff's renewed motion for leave to proceed *in forma pauperis* [#7] is denied as moot, the court having previously granted i.f.p. status.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the Chicago Police Department failed to protect him from an assailant, that a private hospital failed to provide proper medical attention after he was shot, that correctional officials at the Cook County Jail have subjected him to inhumane conditions of confinement, and that health care providers at the jail have acted with deliberate indifference to his serious medical needs.

By Minute Order of January 27, 2011, the court dismissed this case in light of the plaintiff's failure to submit an amended complaint limited to a single claim, as directed. The plaintiff has belatedly complied; however, his amended complaint does not name a proper defendant. "Cermak Health Services of Cook County Jail" is not a proper defendant. Neither the jail itself nor jail divisions are suable entities. *See, e.g., Castillo v. Cook County Department Mail Room*, 990 F.2d 304 (7th Cir. 1993). The plaintiff's motion for an extension of time is granted. The plaintiff is granted thirty days to submit a second amended complaint naming as defendant(s) those individuals who denied him needed medical care (or access to medical care).

**(CONTINUED)**

mjm

## STATEMENT (continued)

The plaintiff is directed to draft his second amended complaint on the court's required form. The plaintiff must write both the case number and the judge's name on the second amended complaint, sign it, and return it to the Prisoner Correspondent. As with every document filed with the court, the plaintiff must provide an extra copy for the judge; he must also submit a service copy for each defendant named in the second amended complaint.

The plaintiff is cautioned that an amended complaint supersedes prior pleadings and must stand complete on its own. Therefore, all allegations the plaintiff wishes the court to consider must be set forth in the second amended complaint, without reference to the previous complaints. Any exhibits the plaintiff wants the court to consider in its threshold review of the second amended complaint must be attached, and each copy of the second amended complaint must include complete copies of any and all exhibits.

The clerk will provide the plaintiff with an amended civil rights complaint form and instructions along with a copy of this order. If the plaintiff fails to comply within thirty days, the case will remain closed.

FILED
2012 FEB 16 PM 5:29
CLERK
U.S. DISTRICT COURT